UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE THERESA MACIELAK,

    Plaintiff,

Case No. 13-cv-10148

v.

HONORABLE STEPHEN J. MURPHY, III

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
                                             /

**ORDER ADOPTING REPORT** (document no. 13)**, GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (document no. 11)**, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (document no. 12)**, AND REMANDING FOR FURTHER PROCEEDINGS**

On November 26, 2013, the magistrate judge issued a report and recommendation ("Report"). Report, ECF No. 13. The Report recommended granting in part Plaintiff's motion for summary judgment, denying Defendant's motion for summary judgment, and remanding the case for further proceedings. No party filed a timely objection to the Report. *See* Fed. R. Civ. P. 6; Fed. R. Civ. P. 72(b)(2). Although a court must review proper objections to a magistrate judge's report and recommendation, a court may adopt, reject, or amend the portions of a report and recommendation to which no party properly objects. *See* Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 150 (1985). For the reasons listed in the Report, the Court will adopt it.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the Report (document no. 13) is **ADOPTED**, that Plaintiff's motion for summary judgment (document no. 11) is **GRANTED IN PART**, and that Defendant's motion for summary judgment (document no. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that the case be **REMANDED** for further proceedings consistent with this order.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: December 27, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 27, 2013, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager